IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LINDA HEITZ-SHORE,

    Plaintiff,

v.                                              CASE NO. 1:10-cv-00164-MP -GRJ

CITY OF GAINESVILLE, UNITED STATES OF AMERICA,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 16, Motion for Mediation Order Filed by United States of America. The motion is granted, and the parties are directed to mediate this matter at a time, place and before a mediator of their choosing. Such mediation shall be scheduled so as to be completed prior to June 15, 2011.

**DONE AND ORDERED** this *18th* day of April, 2011

                               *s/Maurice M. Paul*
                             Maurice M. Paul, Senior District Judge