IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LINDA HEITZ-SHORE,

    Plaintiff,

v.              CASE NO. 1:10-cv-00164-MP -GRJ

CITY OF GAINESVILLE, UNITED STATES OF AMERICA,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 21, Stipulation Regarding Rule 35 Examination and Withdrawal of Motion to Compel Rule 35 Examination, filed by the United States of America. Previously, the government moved to compel the plaintiff to submit to a Rule 35 examination in Orlando. The Court held a hearing on May 25, 2011, after which the parties have apparently resolved the issue without Court involvement. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Pursuant to the agreement that plaintiff will appear for an Independent Medical Examination by Dr. German Montoya at 32 W. Gore Street, Suite 511, Orlando, Florida at 9:30 a.m. on Friday, May 27, 2011, the motion to compel Rule 35 Examination (Doc. 18) is withdrawn. The Clerk is directed to terminate the motion.

**DONE AND ORDERED** this *31st* day of May, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge