IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LINDA HEITZ-SHORE,

    Plaintiff,

v.                                    CASE NO. 1:10-cv-00164-MP-GRJ

CITY OF GAINESVILLE,
UNITED STATES OF AMERICA,

    Defendants.

_____/

## O R D E R

This matter came before the Court for a telephone status conference after the mediator filed a report of impasse. Doc. 26. During the hearing, counsel for plaintiff and the United States indicated that those parties had settled, and counsel for plaintiff indicated that settlement talks with the City of Gainesville were ongoing. The parties agree to stay this case for 30 days to allow settlement talks to proceed. Accordingly, it is hereby0

**ORDERED AND ADJUDGED:**

This case is stayed until further order of the Court. The Clerk is directed to return this case to chambers' attention in 30 days if settlement has not yet been noticed.

**DONE AND ORDERED** this *30th* day of June, 2011

                    *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge