IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LINDA HEITZ-SHORE,

    Plaintiff,

v.                                        CASE NO. 1:10-cv-00164-MP-GRJ

CITY OF GAINESVILLE, UNITED STATES OF AMERICA,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 31, a Notice of Settlement filed by the plaintiff.

In the notice, the plaintiff indicates that the parties have settled all the claims in this case.

Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The plaintiff's complaint is dismissed with prejudice and this case is closed.

    2.    The Court will retain jurisdiction for 60 days, however, to ensure that settlement is effected.

    **DONE AND ORDERED** this *11th* day of July, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge